**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 29, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00175-CV

## IN RE EPC VENTURES, INC. AND JAMES HOPKINS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-45078**

---

## MEMORANDUM OPINION

On March 14, 2022, relators EPC Ventures, Inc. and James Hopkins filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Fredericka Phillips, presiding judge of the 61st District Court of Harris County, to set aside her February 14, 2022 order denying their Rule 91a motion to

dismiss real party in interest's claims based on the affirmative defense of statute of limitations.  *See* Tex. R. Civ. P. 91a.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Justice Christopher and Justices Bourliot and Spain.